UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

v.

2021 Honda Accord, California Plate 9FSH407, VIN: 1HGCV1F31MA084157,

        Defendant *in Rem.*

_____/

Civil No.
Honorable:

# COMPLAINT FOR FORFEITURE

NOW COMES Plaintiff, the United States of America, by and through Dawn N. Ison, United States Attorney for the Eastern District of Michigan, and Adriana Dydell, Assistant United States Attorney, and states upon information and belief in support of this Complaint for Forfeiture *in rem* that:

## JURISDICTION AND VENUE

1. This is an *in rem* civil forfeiture action pursuant to 28 U.S.C. § 881(a)(4).

2. This Court has original jurisdiction over this proceeding pursuant to 28 U.S.C. § 1345 because this action is being commenced by the United States of America as Plaintiff.

3. This Court has *in rem* jurisdiction and venue over this forfeiture

action pursuant to 28 U.S.C. § 1355(b)(1)(A) and (B) because acts giving rise to the forfeiture occurred in the Eastern District of Michigan and the property was found in the district.

4. Venue is proper before this Court pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the Plaintiff's claims occurred in the Eastern District of Michigan.

5. Venue is also proper before this Court pursuant to 28 U.S.C. § 1395(a)-(b) because Defendant *in rem* was found and seized in the Eastern District of Michigan.

## DEFENDANT *IN REM*

6. Defendant *in rem* is a 2021 Honda Accord automobile, four-door, black, California license plate number 9FSH407, and VIN: 1HGCV1F31MA084157. Based on a California Department of Motor Vehicles records search, Chloe Faulk is the registered owner.

7. On June 6, 2023, the Drug Enforcement Administration (DEA) seized Defendant *in rem* in Detroit, Michigan.

8. Defendant *in rem* is in the custody of DEA Detroit in the Eastern District of Michigan.

9. Defendant *in rem* is forfeitable to the United States because it

constitutes a vehicle used, or intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances. 21 U.S.C. § 881(a)(4).

10. Title 21, U.S.C. § 841(a)(1) prohibits the manufacture, distribution, or dispensation, or possession with intent to manufacture, distribute, or dispense, a controlled substance.

11. Title 21, U.S.C. § 846 prohibits the attempt, or conspiracy to commit, *inter alia*, an offense under 21 U.S.C. § 841(a)(1).

## STATUTORY BASIS FOR CIVIL FORFEITURE

12. Title 21, U.S.C. § 881, governs the civil forfeiture of property which constitutes or is derived from the proceeds of controlled substances, or which was used to facilitate controlled substance crimes. Title 21, U.S.C. § 881(a)(4) makes subject to forfeiture, "[a]ll conveyances, including aircraft, vehicles, or vessels, which are used, or are intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of property described in paragraph (1), (2), or (9)."

## BACKGROUND INFORMATION

13. On June 6, 2023, law enforcement attempted to initiate a speeding violation traffic stop of the Defendant *in rem*.

14. Julian Matthew Rendon, the driver, and only person in the car, maneuvered to evade law enforcement.

15. Law enforcement was able to stop the car and detain Rendon. Once detained, Kai, a canine trained to detect the odor of illegal controlled substances, including the detection of methamphetamine, alerted to the presence of a narcotic odor on the front passenger door area of the Defendant *in rem*.

16. Upon searching under the rear passenger seat of the Defendant *in rem*, law enforcement found a hidden compartment containing ten vacuum sealed packages containing a white crystal-like substance (see image below).



17. On June 8, 2023, pursuant to a consent search, law enforcement removed the infotainment screen from the center of the dashboard and discovered a hidden compartment area leading towards the front passenger side dashboard area.

4

A clear vacuum sealed package containing a white crystal-like substance became visible. The following was removed from Defendant *in rem's* hidden compartment (see images below):

 

18. Defendant *in rem* contained:

|   | Substance | Packing/Pill Count | Net Weight | Amount of Pure Substance |
|---|---|---|---|---|
| 1 | Methamphetamine | 10 Packages | 4,270 grams | 4,184 grams actual (pure) methamphetamine |
| 2 | Methamphetamine | 7 Packages | 2,999 grams | 2,939 grams of actual (pure) methamphetamine |
| 3 | Fentanyl and Acetaminophen | 401 Tablets | 43.673 grams | 43.673 grams of mixture containing fentanyl |
| 4 | Methamphetamine | 4 Packages | 1,759 grams | 1,741 grams of actual (pure) methamphetamine |

## **COMPANION CRIMINAL CASE**

19. There is a related criminal case in the United States District Court, Eastern District of Michigan, *United States of America v. Julian M. Rendon*,

5

Criminal Case No. 2:23-cr-20468, assigned to the Honorable Stephen J. Murphy III.

## CLAIM

20. The government re-alleges and incorporates by reference the allegations contained in Paragraphs 1 through 19 above.

21. Defendant *in rem* is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(4) because it constitutes a vehicle used, or intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of property.

## CONCLUSION

Plaintiff, the United States of America, respectfully requests that a warrant for the arrest of the Defendant *in rem* be issued; that due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the aforementioned Defendant *in rem* condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

        Respectfully submitted,

        DAWN N. ISON
        United States Attorney

        s/ Adriana Dydell
        Adriana Dydell (CA 239516)
        Assistant U.S. Attorney
        211 W. Fort Street, Ste. 2001
        Detroit, Michigan 48226
        (313) 226- 9125
        Adriana.Dydell@usdoj.gov

Dated: November 3, 2023

## **VERIFICATION**

    I, Danzell A. Tolbert, am a Special Agent of the Drug Enforcement Administration. I have read the foregoing Complaint for Forfeiture and assert under penalty of perjury that the facts contained therein are true to the best of my knowledge and belief, based upon knowledge possessed by me and/or on information received from other law enforcement agents.

Dated:  November 3, 2023

Danzell A. Tolbert
Special Agent DEA